1  **MAXWELL C. AGHA SBN 153625**
   **BANKER'S HILL LAW FIRM, A.P.C.**
2  1927 Fifth Avenue, Suite 100
   San Diego, CA 92101
3  Telephone No: (619) 230-0330
   Facsimile No: (619) 230-1726
4
5  Attorney for Plaintiff, Raul Flores

FILED
2008 AUG 26 PM 3: 34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8              UNITED STATES DISTRICT COURT FOR THE
9                 SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1574 JM LSP

| | |
|---|---|
| RAUL FLORES, | Case No. _____ |
| Plaintiff. | COMPLAINT FOR DAMAGES |
| v. | (NEGLIGENCE) |
| United States Postal Service, and DOES 1-10 | |
| Defendants. | |

COMES NOW PLAINTIFF, Raul Flores, for causes of action against the Defendant and complains and alleges as follows:

## I.
## THE PARTIES

1. Plaintiff, Raul Flores, is a resident of San Diego County, city of Oceanside in the state of California. Defendant, The United States Postal Service (U.S. Post Office hereinafter), is an independent establishment of the executive branch of the Government of the United States of America. The particular U.S. Post Office where Mr. Flores was injured is located at 13308 Midland Road, Poway, CA 92064-9998.

## II.
## JURISDICTION AND VENUE

2. As the U.S. Post Office, through the negligence of an agent of its own, did so cause

physical and emotional injury to the Plaintiff, Mr. Flores, a private citizen, this action is governed by the Federal Tort Claim Act (FTCA), Title 28 U.S.C. Section 2671. Jurisdiction and venue are proper because the injury resulted at the U.S. Post Office located in the County of San Diego in the state of California.

### III.
### MATERIAL FACTS

3. On or about September 9, 2006, Plaintiff Raul Flores was employed as a commercial driver for Pennysaver USA. Plaintiffs duties consisted of loading and unloading a company vehicle of circulation mailings and driving the vehicle to various U.S. Postal offices in San Diego Counrty to deliver the circulation mailings.

4. Defendant is the U.S. Postal office and on or about September 9, 2006 an employee of Defendant caused injuries to Plaintiff. At all times relevant, Defendants each and all of them were acting with the knowledge, permission, consent, ratification and acceptance of the acts, omissions and misconduct each of the other, and within the course and scope of their position as agents, servants and/or employees or representatives each of the other.

5. At all times hereinafter mentioned, Defendants named hereinafter as DOES 1 through 10, were in some manner responsible for the acts, omissions and/or damages alleged.

6. Plaintiff has complied with the Federal Tort Claims Act and provided notice to Defendant in the manner prescribed by statute and within the statute of limitations.

### IV.
### FIRST CAUSE OF ACTION
### (Negligence)

7. Plaintiff hereby re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 6 as though fully set forth at length.

8. On or about September 9, 2006, Plaintiff arrived at the U.S. Post Office located at 13308 Midland Road, Poway, CA 92064-9998 in his capacity as a commercial driver for Pennysaver. Plaintiff unloaded his vehicle in the course of his usual and customary duties. After unloading the vehicle and while Plaintiff was still in the back of his truck, Defendant's employee pushed a button

on Plaintiff's vehicle which caused the ramp in the back of the truck to raise upwards.

9. As a result of the raised ramp, Plaintiff's foot was trapped between the ramp and the truck which caused Plaintiff to sustain serious injuries.

10. Defendant's employee was the actual and proximate cause of Plaintiff's injury since it was Defendant's employee who caused the ramp to raise and trap Plaintiff's foot.

11. Defendant's employee was acting in the course and scope of his employment when he caused injury to Plaintiff and accordingly, Defendant is liable for Plaintiff's injuries.

12. As a result of Defendant's negligence, Plaintiff sustained damages in the form of medical bills, loss of earnings and pain and suffering.

## V.

## PRAYER

Wherefore, Plaintiff prays for judgment against Defendant as follows:

1. For General Damages in an amount subject to proof at trial;
2. For Special Damages in an amount subject to proof at trial;
3. For Costs of Suit herein incurred;
4. For such other and further relief as is within the Court's jurisdiction which the Court deems both proper and in the best interests of justice

Dated: August 20, 2008

BANKER'S HILL LAW FIRM, A.P.C.

By: _____

Maxwell C. Agha, Esq.
Attorney for Plaintiff Raul Flores

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Raul Flores

## DEFENDANTS
United States Postal [Service]

FILED 2008 AUG 26 PM 3:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 1574 JM LSP

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Maxwell C. Agha; Banker's Hill Law Firm, A.P.C.
160 Thorn Street, Suite 200, San Diego, CA 92103
Ph. (619) 230-0330  Fx: (619) 230-1726

Attorneys (If Known)
U.S. Attorney's Office, San Diego County Office
Federal Office Building, 880 Front Street, Room 6293

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
39 U.S.C. 401(1)
Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 145,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/26/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 154463   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE

JAC  8/26/08

```
         UNITED STATES
         DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

      # 154463      -- TC

       August 26, 2008
          15:37:15


       Civ Fil Non-Pris
   USAO #.: 08CV1574
   Judge..: JEFFREY T MILLER
   Amount.:              $250.00 CK
                         $100.00 CC

   Check#.: BC7800



   Total->    $350.00



   FROM: RAUL FLORES
         VS
         UNITED STATES POSTAL SERVICE
```